```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

MARK WEAVER                                              PLAINTIFF

v.                           No. 09-5137

DR. HUSKINS et al.                                      DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the undersigned is the Plaintiff's **Motion to Dismiss (Doc. 7)** this action.  Service has not been ordered upon the Defendants.

Upon due consideration, the undersigned recommends **GRANTING** the Motion and **DISMISSING** Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 29th day of April 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE