IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARK WEAVER**                                                                                             **PLAINTIFF**

      **v.**                    **Civil No. 09-5137**

**DR. HUSKINS, et al.**                                                                            **DEFENDANTS**

### O R D E R

Now on this 2nd day of June, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is **dismissed.**

IT IS SO ORDERED.

                                             /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**